### 4883. McCLENDON *v.* TEMPLE COTTON OIL COMPANY.

RUSSELL, J. There being no assignment of error in the bill of exceptions upon any ruling or judgment, no question is presented for the decision of this court, and the writ of error must be    *Dismissed.*

DECIDED SEPTEMBER 23, 1913.

Action for damages; from city court of Carrollton—Judge Beall. March 12, 1913.

*J. O. Newell,* for plaintiff in error.
*Griffith & Matthews, C. E. Roop,* contra.